# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) ) ) | Case No: 15 CR 60 |
| v. | ) ) ) | Magistrate Judge Jeffrey Cole |
| MEDIHA MEDY SALKICEVIC<br>Defendant | ) ) ) ) | |

## ORDER

Detention hearing held. The defendant's motion for bond is denied. The government's oral motion for detention is granted. As explained in detail, the government has shown by clear and convincing evidence that there is no condition or set of conditions that will reasonably assure the safety of the community and it has shown by a preponderance of evidence that there is no condition or set of conditions that will reasonably assure the defendant's appearance at trial.

Removal proceedings held. Order defendant removed in custody to the Eastern District of Missouri forthwith.

Date: February 10, 2015

_____
Jeffrey Cole
U.S. Magistrate Judge

(T: 0:25 )